## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JUDGE GARDEPHE

| | |
|---|---|
| FRITZ HANSEN A/S, | ) |
|     Plaintiff, | ) |
| | )    13 CIVIL ACTION 1953 |
| v. | )    NO._____ |
| | ) |
| RESTORATION HARDWARE, INC., | ) |
|     Defendant. | ) |
| | ) |

RECEIVED

MAR 2 2 2013

## COMPLAINT

Plaintiff FRITZ HANSEN A/S ("Plaintiff" or "Fritz Hansen"), by and through its undersigned counsel and for its Complaint against Defendant RESTORATION HARDWARE, INC. ("Defendant" or "Restoration Hardware"), states and alleges as follows:

## NATURE OF ACTION

1.    During the 1950s, Arne Jacobsen, one of the world's leading architects, designed a number of articles, including distinctive chairs known as the Swan chair, the Egg chair, the Ant chair and the Series 7 chair. Mr. Jacobsen's Swan, Ant, Egg and Series 7 chair designs (collectively, the "Fritz Hansen Chair Designs" or the "Designs") were award-winning, innovative, and highly distinctive. Mr. Jacobsen's Designs have become well-known and recognized design icons, praised for their artistic, aesthetic and non-functional design characteristics.

2.      Mr. Jacobsen collaborated with Plaintiff Fritz Hansen beginning in the 1930s, and Fritz Hansen has the exclusive right to sell chairs designed by Mr. Jacobsen, including the Swan, Egg, Ant and Series 7 chairs.

3.      Without the permission or authorization of Fritz Hansen, defendant Restoration Hardware has sold and is selling blatant, counterfeit copies of the chairs designed by Mr. Jacobsen, even though the designs are the property of Fritz Hansen and three of the four Fritz Hansen Chair Designs are the subject of federal trademark registrations owned by Fritz Hansen, namely U.S. Registration No. 3,279,485 for the Swan design, Registration No. 3,610,870 for the Egg design, and Registration No. 3,610,871 for the Ant design.

4.      This is an action brought pursuant to the Lanham Act, 15 U.S.C. §§ 1051 et seq, related state laws and the common law, arising out of Restoration Hardware's blatant and intentional copying, counterfeiting and infringement of Fritz Hansen's rights in the Fritz Hansen Chair Designs.  Fritz Hansen seeks injunctive and monetary relief.

## THE PARTIES

5.      Plaintiff Fritz Hansen is a Denmark corporation having a principal place of business at Allerodvej 8, DK-3450, Allerod, Denmark.  Established in 1872, Fritz Hansen is one of the world's leading sellers and manufacturers of exclusive furniture and lighting products. Fritz Hansen operates a collection of showrooms located around the world, including one in New York, through which Fritz Hansen sells products that incorporate various designs, including the Fritz Hansen Chair Designs.  Fritz Hansen also sells its products, including products that incorporate the Designs, through various authorized and reputable retailers such as Design Within Reach, which sells the products through catalogs, on its website and in its stores.

6.      Defendant Restoration Hardware is a Delaware corporation and has a principal place of business in Corte Madera, California.  Restoration Hardware sells home furnishings, including its unauthorized copies of the Fritz Hansen Chair Designs, through catalogs, on its website and in its stores.  Restoration Hardware presently has 87 retail stores and 10 outlet stores throughout the United States and Canada, including stores located in this district.

## JURISDICTION AND VENUE

7.      The Court has subject matter jurisdiction over the Lanham Act causes of action pleaded herein pursuant to 35 U.S.C. § 1121 and 28 U.S.C. § 1338(a).  The Court has supplemental jurisdiction over the state and common law causes of action pleaded herein pursuant to 28 U.S.C. § 1338(b).

8.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Restoration Hardware operates stores in this District, mails catalogs and ships products to customers in this District, and otherwise conducts business in this District.  Restoration Hardware is subject to personal jurisdiction in this District.

## FACTUAL BACKGROUND

### The Fritz Hansen Chair Designs

9.      The Fritz Hansen Chair Designs were created in the 1950s by Arne Jacobsen, one of Denmark's most influential Twentieth Century architects.  Mr. Jacobsen's designs, including those at issue here, have won numerous accolades and awards and are widely recognized as icons of modern design.  Mr. Jacobsen collaborated with Fritz Hansen starting in the 1930s.  The exclusive right to manufacture and sell Mr. Jacobsen's designs is held by Fritz Hansen.  Fritz Hansen has sold the Fritz Hansen Chair Designs in the United States for more than forty years.

Each of the four Designs has garnered significant press and attention and is recognizable to consumers and enthusiasts of modern design around the world as signature and iconic Fritz Hansen pieces designed by Mr. Jacobsen.   For example, one or more of the Fritz Hansen Chair Designs has appeared in numerous motion pictures.  Indeed, the Museum of Modern Art (MoMA) features one or more of the Fritz Hansen Chair Designs in its permanent collection and sells the designs in its store, where it refers to these and Mr. Jacobsen's other designs as "international design classics."  An excerpt from the MoMA Store website regarding two of the designs at issue is below:



10.     The Ant design was created in 1952 and was shown at the spring exhibition at the Danish Museum of Decorative Art later that year.  The Ant design is a distinctive chair design consisting of a one piece seat and chair back contoured to have an overall appearance that is reminiscent of the body of an ant raising its head.  The contours and overall appearance of the

Ant design are dictated by design considerations and are not functional.  Fritz Hansen offers the Ant design as a chair with either 3 or 4 legs.  The Ant design is shown below and is the subject of U.S. Trademark Registration No. 3,610,871 (details also below):



| Mark Image and Description | Registration Date | Goods |
|---|---|---|
| Mark Description:  The mark consists of a configuration of a chair, namely, a rounded seat with a tall back and curved arms. | April 28, 2009 | Chairs (International Class 20) |

A true and correct copy of the registration for the Ant chair design, Registration No. 3,610,871, is attached hereto as Exhibit A.

11.     The Series 7 design was created in 1955 and is the most popular chair sold by Fritz Hansen.  The Series 7 design is a distinctive chair design consisting of a contoured one piece seat and chair back.  The contours and overall appearance of the Series 7 design are dictated by design considerations and are not functional.  Fritz Hansen offers the Series 7 design

as a chair in various configurations including a standard chair, a bar stool, a swivel chair and a children's chair.  The Series 7 design is shown below:



12.     The Egg design was created in 1958 for the lobby and reception areas of the Royal Hotel in Copenhagen.  The Egg design is a distinctive chair design consisting of a unique oval configuration reminiscent of the appearance and shape of an egg.  The contours and overall appearance of the Egg design are dictated by design considerations and are not functional.  The Egg design is shown below from two angles and is the subject of U.S. Trademark Registration No. 3,279,485 (details also below):

 

| Mark Image and Description | Registration Date | Goods |
|---|---|---|
| <br>Mark description: The mark consists of the design (exterior configuration) of a chair. | August 14, 2007 | Chairs (International Class 20) |

A true and correct copy of the registration for the Egg chair design, Registration No. 3,279,485, is attached hereto as Exhibit B.

13.     Like the Egg design, the Swan design was created in 1958 for the lobby and reception areas of the Royal Hotel in Copenhagen. The Swan design is a distinctive chair design consisting of unique sculptured and curved back and sides which, when presented in profile, have an overall appearance and shape reminiscent of the profile of a swan.  The contours and overall appearance of the Swan design are dictated by design considerations and are not functional.  The Swan design is shown below from two angles and is the subject of U.S. Trademark Registration No. 3,610,870 (details also below):

| Trademark Image and Description | Registration Date | Goods |
|---|---|---|
|  The mark consists of a configuration of a chair, namely, a rounded upper back over a narrower lower back, a flat seat, and no arms. | April 28, 2009 | Chairs (International Class 20) |

A true and correct copy of the registration for the Swan chair design, Registration No. 3,610,870, is attached hereto as Exhibit C.

14.     Each of the Fritz Hansen Chair Designs is inherently distinctive.

15.     Fritz Hansen invests substantially in its manufacturing processes, to ensure that all of its products are of the highest quality and meet its exacting design and manufacturing standards.

16.     Fritz Hansen has spent and spends considerable time, effort and resources advertising and promoting the Fritz Hansen Chair Designs as products manufactured exclusively by Fritz Hansen.

17.     Fritz Hansen also advertises and promotes the Fritz Hansen Chair Designs as icons and trademarks associated with Fritz Hansen.  For example, Fritz Hansen uses an image of the Egg chair design as its avatar on its Twitter page and Twitter feed, as shown below:



18.    Each of the Fritz Hansen Chair Designs has been the subject of substantial unsolicited publicity, further associating the Designs with Fritz Hansen.

19.    Over the years, Fritz Hansen has taken substantial efforts and incurred significant expense to stop counterfeiting, infringement and trading on Fritz Hansen's reputation through the sales of unauthorized products that incorporate or copy the Fritz Hansen Chair Designs.

20.    The Fritz Hansen Chair Designs serve to represent the company's design aesthetic and reputation, and are vitally important and valuable assets of Fritz Hansen.

21.    The Fritz Hansen Chair Designs have acquired distinctiveness and fame in the relevant marketplace by virtue of the decades of sales, advertising and promotion by Fritz Hansen, the extensive unsolicited publicity regarding the Designs, and the renowned reputation for quality associated with Fritz Hansen products.

22.    The elements claimed as trademarks in each of the Fritz Hansen Chair Designs, namely, the shape, contours and overall appearance of the chairs shown above, are not functional.

23.    The elements claimed as trademarks in each of the Designs are unique or unusual in the furniture design field, are not common basic shapes or designs, and are not mere refinements of commonly adopted or well-known forms of ornamentation for furniture designs.

24.    As a result of all of the above, the Fritz Hansen Chair Designs are perceived or are likely to be perceived as indicators of source, and Fritz Hansen has valuable, valid and enforceable trademark and trade dress rights in the Designs.

## Restoration Hardware's Copies of the Fritz Hansen Chair Designs

25.    Restoration Hardware is selling copies of all four of the Fritz Hansen Chair Designs.

26.    Restoration Hardware promotes all four of its copies with statements or names referring to Denmark, Fritz Hansen's home country.   Thus, Restoration Hardware promotes that its products reflect "modern Danish design of the 1950s" or "mid-century and Danish Modern design." Restoration Hardware's copy of the Egg design is called the "Copenhagen Chair," a further reference to Denmark.

27.    Images depicting the original Fritz Hansen product and the Restoration Hardware unauthorized copy, the name of the Restoration Hardware copy and the promotional statement used by Restoration Hardware to sell the copy, are set forth in the chart below:

| Fritz Hansen Product | Restoration Hardware Copy |
| --- | --- |
| The Egg  | 1950s Copenhagen Chair  "A fresh and exquisite reproduction of modern Danish design of the 1950s" |
| The Swan  | Devon Chair  "Inspired by mid-century and Danish Modern design, our chair's curving lines envelop in amply padded comfort." |

| Fritz Hansen Product | Restoration Hardware Copy |
|---|---|
| The Ant  | Forma Chair  "Sculptural in form, our bent plywood chair was inspired by mid-century Danish design. Rich weathered and painted finishes lend it modern warmth, contrasted with classic chrome-finished tubular legs." |
| The Series 7  | Magnus Chair  "Sculptural in form, our bent plywood chair was inspired by mid-century Danish design. Rich weathered and painted finishes lend it modern warmth, contrasted with classic chrome-finished tubular legs." |

28.    As shown by the images in the chart above, the Restoration Hardware copies are

exact or near exact copies of the distinctive design elements of the Fritz Hansen Chair Designs,

and are designed to replicate as nearly as possible the design elements of the Fritz Hansen Chair Designs.

29.     The design elements of the Fritz Hansen Chair Designs copied by Restoration Hardware are not functional.

30.     There are numerous other chair designs that do not copy the distinctive features of the Fritz Hansen Chair Designs and are available for Restoration Hardware to sell in its catalogs, on its website and in its stores.  Restoration Hardware has no competitive need to copy the distinctive features of the Designs.

31.     Upon information and belief, copying the features of the Fritz Hansen Chair Designs does not create any costs savings and in fact adds to the cost of manufacture of the items sold by Restoration Hardware.

32.     Upon information and belief, the Restoration Hardware copies of the Fritz Hansen Chair Designs are of lower quality than the genuine Fritz Hansen products that incorporate the Fritz Hansen Chair Designs.  Even though the copies are more expensive for Restoration Hardware to make than other options available to Restoration Hardware, Restoration Hardware is able to offer its copies for sale at prices below the prices for genuine Fritz Hansen products because of the difference in quality.  For example, the Restoration Hardware copy of the Egg chair is available for sale starting at approximately $1500, whereas Fritz Hansen retailer Design Within Reach sells the genuine Egg chair for prices starting at approximately $6500.

33.     By virtue of Restoration Hardware's copying of the Fritz Hansen Chair Designs and sale of its copies, Restoration Hardware seeks to gain and has gained cachet from the association of the Restoration Hardware copies with Fritz Hansen and/or the Designs and is therefore able to charge more for its copies than it would be able to charge for chairs that did not

copy the Designs. Because of the exceptional design and quality reputation associated with Fritz Hansen and the Fritz Hansen Chair Designs, Restoration Hardware's sale and promotion of its copies also lends high-end design cachet and imputes quality to Restoration Hardware as a company and to Restoration Hardware's other offerings.

34.     Upon information and belief, Restoration Hardware advertises and markets its copies of chairs that incorporate the Designs to audiences that are the same as or similar to those to which Fritz Hansen and its authorized retailers advertise and market genuine chairs incorporating the Fritz Hansen Chair Designs, namely, consumers or potential consumers of quality designer furniture and design items.

35.     Restoration Hardware presents itself to the public as a high-end retailer of legitimate products. For example, in the "About Us" section of its website, Restoration Hardware identifies itself as "a lifestyle brand and design authority, offering dominant assortments across a growing number of categories, including furniture, lighting, textiles, bathware, decor, outdoor and garden, as well as baby and child products." Restoration Hardware states that it operates

> as a curator of the finest historical design the world has to offer. Our collections of timeless, updated classics and reproductions are presented consistently across our sales channels in sophisticated and unique lifestyle settings that we believe are on par with world-class interior designers. Our culture of innovation, superior product development capabilities, integrated multi-channel infrastructure and significant scale enable us to offer what we believe is an unmatched combination of design, quality and value.

36.     Restoration Hardware promotes its business through widespread and extensive distribution of high-end voluminous glossy catalogs or "source books." Restoration Hardware's source books are also available for downloading on the Restoration Hardware website. Restoration Hardware's copies of the Fritz Hansen Chair Designs are featured in these source

books and on its website. Restoration Hardware has claimed that it distributes more than 26 million of its catalogs annually and that its website had more than 14 million unique visitors in 2011.

37.     Because Restoration Hardware holds itself out as a high-end company offering legitimate products and because Restoration Hardware has the means to, and does, promote its products on a wide scale using various high profile methods such as its website and source books, Restoration Hardware's copies of the Designs have the potential to be much more harmful to Fritz Hansen's rights in the Designs than any copies that may be sold by small counterfeiters with little to no market presence.

38.     Consumers who encounter the Restoration Hardware copies of the Fritz Hansen Chair Designs, whether displayed in Restoration Hardware stores or promotional materials or in homes and offices, are likely to be confused into believing that the copies are original Fritz Hansen products or otherwise authorized or licensed by or associated or affiliated with Fritz Hansen. The prominence of Restoration Hardware in the marketplace and its positioning of itself as a company offering products with "unmatched" design and quality make this confusion even more likely.

39.     Because Restoration Hardware has copied and is offering for sale unauthorized copies of more than one of the Fritz Hansen Chair Designs, consumers are even more likely to believe that Restoration Hardware's products are genuine Fritz Hansen products when in fact they are not.

40.     Upon information and belief, Restoration Hardware was aware of Fritz Hansen's claim of rights to the Fritz Hansen Chair Designs and/or Fritz Hansen's trademark registrations

for the Egg, the Swan and the Ant chair designs before Restoration Hardware commenced manufacturing and selling its copies.

41.     Restoration Hardware introduced its copies, starting with the Egg and the Swan, in 2011. Fritz Hansen wrote to Restoration Hardware in 2011 to protest the sales of the Egg and the Swan copies. Restoration Hardware took months to respond to Fritz Hansen's protest letters and, when it did respond, Restoration Hardware refused to stop its sales. Instead, Restoration Hardware increased its line of copies by adding new models and options, including adding copies of the Series 7 and Ant chair designs.

42.     Restoration Hardware has been aware of the Fritz Hansen registrations for the Egg and the Swan chair designs since at least as early as Fritz Hansen's 2011 letter to Restoration Hardware.

43.     Restoration Hardware has continued its sales despite its knowledge of Fritz Hansen's rights and despite Fritz Hansen's protest.

44.     In response to Fritz Hansen's protest, Restoration Hardware filed in the United States Patent and Trademark Office a petition seeking to cancel Fritz Hansen's registration for the Egg design. Fritz Hansen has answered that petition, denying the substance thereof, and, in accordance with the applicable Trademark Office rules, will seek to have the Trademark Office proceeding suspended pending the completion of this litigation.

45.     Meanwhile, Restoration Hardware's sales and promotion of its unauthorized copies of the Fritz Hansen Designs continue unabated. The harm to Fritz Hansen caused by said sales and promotion is irreparable and will continue unless and until Restoration Hardware is enjoined.

## COUNT I

## COUNTERFEITING AND INFRINGEMENT OF REGISTERED TRADEMARKS
### 15 U.S.C. § 1114

46.     Fritz Hansen repeats and realleges each of the allegations set forth in paragraphs 1 through 45 above as if fully set forth herein.

47.     Fritz Hansen owns valid trademark registrations issued by the United States Patent and Trademark Office for its Egg, Swan, and Ant chair designs, U.S. Registration Nos. 3,279,485, 3,610,870 and 3,610,871, respectively.

48.     Restoration Hardware's sales and promotion of its copies of the Egg, Swan and Ant chair designs constitute use in commerce of reproductions, counterfeits, copies or colorable imitations of registered marks in connection with the sale, offering for sale, distribution, or advertising of Restoration Hardware's goods which is likely to cause confusion, or to cause mistake, or to deceive, in violation of 15 U.S.C. § 1114.

49.     Upon information and belief, Restoration Hardware's actions as described herein were willful and deliberate and in knowing violation of the law and of Fritz Hansen's rights.

50.     By reason of the foregoing, Fritz Hansen has been injured and is entitled to injunctive relief and monetary recovery in the form of damages and profits of Restoration Hardware, to be increased as provided by law, or statutory damages.

## COUNT II

## TRADE DRESS INFRINGEMENT
### 15 U.S.C. § 1125

51.     Fritz Hansen repeats and realleges each of the allegations set forth in paragraphs 1 through 45 above with the same force and effect as if fully set forth herein.

52.     By virtue of Fritz Hansen's long use and promotion of the Fritz Hansen Chair Designs, and of the inherent and/or acquired distinctiveness of those designs, Fritz Hansen has acquired valid and enforceable exclusive trade dress rights in the Fritz Hansen Chair Designs under the Lanham Act.

53.     Restoration Hardware's sales and promotion of its copies of the Fritz Hansen Chair Designs constitutes the use in connection with the sale of goods in commerce of designs which are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Restoration Hardware with Fritz Hansen, or as to the origin, sponsorship, or approval of Restoration Hardware's goods, services, or commercial activities by Fritz Hansen, in violation of 15 U.S.C. § 1125.

54.     Upon information and belief, Restoration Hardware's actions as described herein were willful and deliberate and in knowing violation of the law and of Fritz Hansen's rights.

55.     By reason of the foregoing, Fritz Hansen has been injured and is entitled to injunctive relief and monetary recovery in the form of damages and profits of Restoration Hardware, with such awards to be increased as provided by law.

## COUNT III

### DECEPTIVE ACTS AND PRACTICES
### N.Y. GENERAL BUSINESS LAW §§ 349-350

56.     Fritz Hansen repeats and realleges each of the allegations set forth in paragraphs 1 through 45 above with the same force and effect as if fully set forth herein.

57.     Restoration Hardware's actions in copying the Fritz Hansen Chair Designs and selling copies of the Fritz Hansen Chair Designs as described herein constitute deceptive acts or

practices in the conduct of a business, trade or commerce in this state, in violation of N.Y. General Business Law § 349.

58.     Restoration Hardware's actions in copying the Fritz Hansen Chair Designs and advertising the sale of copies of the Fritz Hansen Chair Designs as described herein constitute advertising, including labeling, that is misleading in a material respect, in violation of N.Y. General Business Law § 350.

59.     Restoration Hardware's actions in copying the Fritz Hansen Chair Designs and selling copies of the Fritz Hansen Chair Designs as described herein have the capacity to deceive the average consumer in a material way, in violation of N.Y. General Business Law §§ 349-350.

60.     Upon information and belief, Restoration Hardware's actions as described herein were willful and deliberate and in knowing violation of the law and of Fritz Hansen's rights.

61.     By reason of the foregoing, Fritz Hansen has been injured and is entitled to injunctive relief and monetary recovery in the form of damages.

## COUNT IV

### COMMON LAW UNFAIR COMPETITION AND TRADE DRESS INFRINGEMENT

62.     Fritz Hansen repeats and realleges each of the allegations set forth in paragraphs 1 through 45 above as if fully set forth herein.

63.     By virtue of Fritz Hansen's long use and promotion of the Fritz Hansen Chair Designs, and of the inherent and/or acquired distinctiveness of those designs, Fritz Hansen has acquired valid and enforceable exclusive trade dress rights in the Fritz Hansen Chair Designs under New York common law.

64.   Restoration Hardware's actions in copying the Fritz Hansen Chair Designs and selling copies of the Fritz Hansen Chair Designs as described herein constitute the bad faith misappropriation of the labors and expenditures of Fritz Hansen in a manner that is likely to cause confusion or to deceive purchasers as to the origin of the Restoration Hardware goods, in violation of the common law of unfair competition.

65.   By reason of the foregoing, Fritz Hansen has been injured and is entitled to injunctive relief, and monetary recovery in the form of damages and profits of Restoration Hardware.

## PRAYER FOR RELIEF

WHEREFORE, Fritz Hansen prays for judgment against Restoration Hardware and relief as follows:

A.   The entry of judgment in favor of plaintiff Fritz Hansen and against defendant Restoration Hardware on all claims asserted herein by Fritz Hansen;

B.   An order preliminarily and thereafter permanently enjoining Restoration Hardware from manufacturing, causing others to manufacture, offering for sale, selling, or otherwise disposing of, its copies of the Fritz Hansen Chair Designs or other confusingly similar copies of said designs;

C.   An order requiring Restoration Hardware to turn over to Plaintiff for destruction such copies of the Fritz Hansen Chair Designs or other confusingly similar copies of said designs as are in Restoration Hardware's custody or control;

D.     An award to Plaintiff of its damages, in the amount to which it is
       found to be entitled, plus interest;

E.     An accounting of Restoration Hardware's profits;

F.     An award to Plaintiff trebling its damages;

G.     An award to Plaintiff of its costs and reasonable attorneys fees;

H.     An order directing the United States Patent and Trademark Office to
       dismiss Defendant's cancellation proceeding against Fritz Hansen's
       U.S. Trademark Registration No. 3,279,485; and

I.     An order granting Fritz Hansen such other relief as is just.

## DEMAND FOR JURY TRIAL

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Fritz Hansen
hereby demands a jury trial on all issues so triable.

Dated: March 22, 2013

Respectfully submitted,

KING & SPALDING LLP

By: _____
    Kathleen E. McCarthy (KM-9219)

1185 Avenue of the Americas
New York, New York 10036
Telephone: 212-556-2345
E-mail: kmccarthy@kslaw.com

Attorneys for Plaintiff
FRITZ HANSEN A/S

# EXHIBIT A

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 3,610,871
Registered Apr. 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



FRITZ HANSEN A/S (DENMARK CORPORA-
TION)
ALLERODVEJ 8
DK-3450 ALLEROD, DENMARK

FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25,
32 AND 50).

FIRST USE 0-0-1952; IN COMMERCE 0-0-1969.

THE MARK CONSISTS OF A CONFIGURATION
OF A CHAIR, NAMELY, A ROUNDED UPPER
BACK OVER A NARROWER LOWER BACK. A
FLAT SEAT, AND NO ARMS. THE MATTER
SHOWN IN THE DOTTED LINES IS NOT A PART
OF THE MARK AND SERVES ONLY TO SHOW THE
POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 77-196,906, FILED 6-4-2007.

LINDA ORNDORFF, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 3,279,485
Registered Aug. 14, 2007

## TRADEMARK
### PRINCIPAL REGISTER



FRITZ HANSEN A/S (DENMARK CORPORA-
TION)
ALLERØDVEJ 8
DK-3450 ALLERØD, DENMARK

FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO.

004591608, FILED 8-16-2005, REG. NO. 004591608, DATED 11-14-2006, EXPIRES 8-16-2015.

THE MARK CONSISTS OF THE DESIGN (EX-TERIOR CONFIGURATION) OF A CHAIR.

SER. NO. 78-782,379, FILED 12-29-2005.

STANLEY I. OSBORNE, EXAMINING ATTORNEY

# EXHIBIT C

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 3,610,870
Registered Apr. 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



FRITZ HANSEN A/S (DENMARK CORPORATION)
ALLERODVEJ 8
DK-3450 ALLEROD, DENMARK

FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1958; IN COMMERCE 0-0-1969.

THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR, NAMELY, A ROUNDED SEAT WITH A TALL BACK AND CURVED ARMS. THE MATTER SHOWN IN THE DOTTED LINES IS NOT A PART OF THE MARK AND SERVES ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 77-196,905, FILED 6-4-2007.

LINDA ORNDORFF, EXAMINING ATTORNEY