```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRITZ HANSEN A/S,

                Plaintiff,

    - against -

RESTORATION HARDWARE, INC.,

                Defendant.

**ORDER**

13 Civ. 1953 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to additional submissions regarding Defendant's proposed motion for partial summary judgment:

1. Defendant's submission is due on **November 18, 2013**.

2. Plaintiff's submission, if any, is due on **November 25, 2013**.

Dated: New York, New York
       November 8, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge