# MORRISON | FOERSTER

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 18, 2013

Writer's Direct Contact
415.268.6538
JTaylor@mofo.com

BY ECF AND FACSIMILE (212) 805-7986

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007-1312

Re:   *Fritz Hansen A/S v. Restoration Hardware, Inc.*, Case No. 13-cv-1953 (PGG)

Dear Judge Gardephe:

I write to follow up on our November 8, 2013 pre-hearing conference regarding Restoration Hardware's proposed motion for partial summary judgment in the above-referenced matter. Given Your Honor's policy permitting the filing of only one motion for summary judgment absent extraordinary circumstances, Restoration Hardware has decided to delay filing its proposed motion on the validity of the '485 Registration until it has clarity on whether this is the only summary judgment motion that Restoration Hardware will file in this case.

Respectfully submitted,

Jennifer Lee Taylor

cc:   Kathleen E. McCarthy, Esq. (counsel for Plaintiff; via ECF)

sf-3356005